**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1492**

STEPHEN KISSI OWUSU,

      Petitioner,

   v.

LORETTA E. LYNCH, Attorney General,

      Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: January 19, 2016     Decided: February 4, 2016

Before KING, GREGORY, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Tamara L. Jezic, YACUB LAW OFFICES, Woodbridge, Virginia, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Carl McIntyre, Assistant Director, Brooke M. Maurer, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Kissi Owusu, a native and citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider its decision upholding the Immigration Judge's decision denying his motion for a continuance and entering an order of removal. We have reviewed the administrative record and Owusu's claims, and find them to be without merit. We accordingly find no abuse of discretion in the denial of reconsideration, see Narine v. Holder, 559 F.3d 246, 249 (4th Cir. 2009), and deny the petition for review for the reasons stated by the Board. See In re: Owusu (B.I.A. Apr. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED